IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

THOMAS WELDON,
Inmate No. 11066-059,

Petitioner,

vs.

J.S. WALTON,

Respondent.                                Case No. 13-cv-42-DRH

## MEMORANDUM AND ORDER

**HERNDON, Chief District Judge:**

Petitioner Thomas Weldon, currently incarcerated at USP-Marion (Marion), brings this habeas corpus action pursuant to 28 U.S.C. § 2241 to seek restoration of good conduct credit (Doc. 2). The Court previously severed petitioner Weldon's claim from that of petitioner Oren Dean DiPierro, due to the inherent difficulties associated with litigating joint prisoner actions. *See DiPierro v. Walton,* 12-cv-1299-DRH-DGW, Doc. 4. The Court has Ordered petitioner Weldon to pay the requisite $5.00 filing fee by **February 1, 2013**, or risk dismissal of this action (Doc. 1). Although this date has not yet passed, the Court determines a preliminary determination is instantly required in the nature of expediency.

Without commenting on the merits of petitioner Weldon's claims, the Court concludes that the petition survives preliminary review under Rule 4 and Rule 1(b) of the Rules Governing Section 2254 Cases in United States District Courts.[1]

---

[1] Rule 1(b) of those Rules gives this Court the authority to apply the rules to other habeas corpus cases.

**IT IS HEREBY ORDERED** that respondent shall answer or otherwise plead as to petitioner Weldon's claim, within thirty days of the date this order is entered. This preliminary order to respond does not, of course, preclude the government from raising any objection or defense it may wish to present. Service upon the United States Attorney for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois, shall constitute sufficient service.

Further, due to the assignment of the companion of case of *DiPierro v. Walton*, 12-cv-1299-DRH-DGW, to United States Magistrate Judge Donald G. Wilkerson and pursuant to Local Rule 72.1(a)(2), **IT IS FURTHER ORDERED** that this cause is similarly referred to United States Magistrate Judge Donald G. Wilkerson for further pre-trial proceedings, to best promote judicial efficiency.

**IT IS FURTHER ORDERED** that this entire matter be **REFERRED** to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

Petitioner is **ADVISED** of his continuing obligation to keep the Clerk (and each opposing party) informed of any change in his whereabouts during the pendency of this action. This notification shall be done in writing and not later than seven (7) days after a transfer or other change in address occurs. Failure to provide such notice may result in dismissal of this action. *See* FED. R. CIV. P. 41(b).

**IT IS SO ORDERED.**
Signed this 15th day of January, 2013.

Digitally signed by David R. Herndon
Date: 2013.01.15 14:34:28 -06'00'

**Chief Judge**
**United States District Court**