IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

THOMAS WELDON,
Inmate No. 11066-059,

Petitioner,

vs.

J.S. WALTON,

Respondent.                                            Case No. 13-cv-42-DRH

## MEMORANDUM AND ORDER

**HERNDON, Chief District Judge:**

Petitioner Thomas Weldon, currently incarcerated at USP-Marion (Marion), brings this habeas corpus action pursuant to 28 U.S.C. § 2241 to seek restoration of good conduct credit (Doc. 2). The Court previously Ordered petitioner Weldon to pay the requisite $5.00 filing fee or file a motion to proceed in forma pauperis by **February 1, 2013**, or risk dismissal of this action (Doc. 1).

Thereafter, petitioner filed a motion to proceed in forma pauperis on January 29, 2013 (Doc. 7). S*ee Houston v. Lack,* 487 U.S. 266 (1988). The Court denied petitioner's motion on February 13, 2013. The Court further ordered petitioner to pay the $5.00 filing fee by **March 15, 2013**. The Court again warned petitioner that failure to timely pay the fee could result in dismissal of this action (Doc. 10). To date, petitioner has still not paid the requisite $5.00 fee. Thus, the Court **WARNS** petitioner that he has until **April 15, 2013** to pay the $5.00 fee. Should petitioner again fail to timely pay his $5.00

fee, **the Court shall dismiss this action without further notice**.

    **IT IS SO ORDERED.**

    Signed this 1st day of April, 2013.

Digitally signed by
David R. Herndon
Date: 2013.04.01
13:48:15 -05'00'

**Chief Judge**
**United States District Court**