IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

THOMAS WELDON,
Inmate No. 11066-059,

Petitioner,

vs.

J.S. WALTON,

Respondent.                                    Case No. 13-cv-42-DRH-DGW

## MEMORANDUM AND ORDER

**HERNDON, Chief District Judge:**

Petitioner Thomas Weldon, currently incarcerated at USP-Marion (Marion), brings this habeas corpus action pursuant to 28 U.S.C. § 2241 to seek restoration of good conduct credit (Doc. 2). The Court previously ordered petitioner Weldon to pay the requisite $5.00 filing fee or file a motion to proceed in forma pauperis by February 1, 2013, or risk dismissal of this action (Doc. 1). Thereafter, petitioner filed a motion to proceed in forma pauperis on January 29, 2013 (Doc. 7). S*ee Houston v. Lack*, 487 U.S. 266 (1988). The Court denied petitioner's motion on February 13, 2013. The Court further ordered petitioner to pay the $5.00 filing fee by March 15, 2013. The Court again warned petitioner that failure to timely pay the fee could result in dismissal of this action (Doc. 10). Petitioner did not do so. Finally, the Court gave petitioner one last chance to pay his fee by **April 15, 2013**. The Court's final warning informed petitioner that failure to pay the fee would result in dismissal of this action without further notice.

To date, petitioner has not paid the requisite $5.00 fee. Thus, the Court dismisses petitioner's claims without prejudice for failure to pay the filing fee.

**IT IS SO ORDERED.**

Signed this 22nd day of April, 2013.

Digitally signed by
David R. Herndon
Date: 2013.04.22
11:36:48 -05'00'

**Chief Judge**
**United States District Court**